TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-05-00515-CV






Charles Ly, Appellant


v.


Seton Medical Center, Appellee




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT


NO. GN501442, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING 







M E M O R A N D U M O P I N I O N



 Appellant Charles Ly and appellee Seton Medical Center no longer wish to pursue
this appeal and have filed a joint motion to dismiss pursuant to their settlement agreement. We grant
the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

 


 __________________________________________

 Bob Pemberton, JusticeBefore Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Joint Motion

Filed: March 8, 2007